UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
FARRAH GILOT,

Plaintiff,

- against -

63 POLICE DEPARTMENT and FDNY,

Defendants.
-------------------------------------------------------x

**DISMISSAL &**
**FILING INJUNCTION ORDER**
26-CV-4565 (PKC) (PK)

PAMELA K. CHEN, United States District Judge:

Plaintiff Farrah Gilot, proceeding *pro se*, filed this action on July 29, 2026. By Memorandum & Order dated August 31, 2026, the Court *sua sponte* dismissed the case as frivolous and for failure to state a claim, granted Plaintiff 30 days to file an amended complaint, and ordered Plaintiff to show cause by the same date why the Court should not impose a filing injunction against her. (*See* Mem. & Order, Dkt. 6, at 1.)[1] Plaintiff has done neither.

**DISMISSAL OF THIS ACTION**

Since Plaintiff has failed to file an amended complaint by the deadline, the Court dismisses the case without prejudice and directs the Clerk of Court to enter judgment and close this case. (*See id.* at 9 (stating that the Court would take these actions if Plaintiff did not amend or request an extension of time by the deadline).)

**FILING INJUNCTION**

Additionally, Plaintiff has failed to adequately show cause why a filing injunction should not be issued against her. The Court finds that Plaintiff is likely to continue to waste the Court's resources by frequently filing frivolous actions, and that these actions by Plaintiff have already

[1] The Court granted Plaintiff's request to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (*See* Mem. & Order, Dkt. 6.)

and will continue to detract from the Court's ability to attend to the legally cognizable cases the Court has before it. Accordingly, for the reasons set forth in the Court's Memorandum & Order, (*see id.* at 6–9), Plaintiff is **enjoined** from filing any future actions in the Eastern District of New York without first obtaining leave of the Court. To eliminate the need to write a decision every time Plaintiff makes a frivolous filing (because that would largely defeat the purpose of the injunction), the injunction shall be implemented as follows. First, the Clerk of Court is directed to open a miscellaneous case entitled "In re Farrah Gilot," and to file a copy of this Filing Injunction Order under that docket number. The matter is then to be administratively closed. Any filings by Plaintiff shall be filed only under that miscellaneous docket number. The Court will review each filing to determine whether it is frivolous or fails to state a claim. In either situation, no further action will be taken. If it states a claim, the Court will direct the Clerk of Court to open a new civil matter in which those documents will be filed, and it will proceed as a new case in the ordinary course.

Nothing herein shall be construed to prohibit Plaintiff from filing an appeal of this Order. However, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from either the dismissal of this action or the Court's filing injunction would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 269 U.S. 438, 444–45 (1962).

SO ORDERED.

*/s/ Pamela K. Chen*
Pamela K. Chen
United States District Judge

Dated: October 9, 2026
Brooklyn, New York